FILED

2007 JUN 26  AM 9: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISMET ACQUISITION, II, LLC,<br><br>                                    Plaintiff,<br>     vs.<br>ROBERT P. MILLER , et al.<br><br>                          Defendant. | CASE NO. 07cv428-IEG(WMc)<br><br>CONSENT TO PROCEED BEFORE<br>MAGISTRATE JUDGE MCCURINE |

In accordance with the provisions of 28 U.S.C. § 636(c), the signatories herein hereby waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge William McCurine, Jr. conduct any and all further proceedings in the case, including the order for the entry of judgment in the above-captioned case.

In addition, notwithstanding the dismissal, Judge McCurine shall have continuing jurisdiction for an indefinite period to enforce and adjudicate any and all disputes pertaining to the

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

05cv544-R(WMc)

1  settlement documents as well as enforcement of and compliance with the settlement agreement.
   Any and all decisions, rulings and judgments made by Judge McCurine shall be final, binding and
2  non-appealable.

3

4  Dated: June 22, 2007

5  _____        _____
   Authorized representative of Kismet Acquisition    Ali Mojdehi, Esq.  Attorney for Plaintiff
6  II, LLC, Attorney for Plaintiff

7

8  _____        _____
   ROBERT P. MILLER, for himself and on       Robert Rentto, Esq., Attorney for Defendants
   behalf of the Robert P. Miller, DDS Profit
9  Sharing Plan and Trust, Robert P. Miller DDS,
   Trustee, Defendants
10

11

12

13  IT IS SO ORDERED:

14                                  _____
                                    HON. IRMA GONZALEZ,   DISTRICT JUDGE
                                    UNITED STATES DISTRICT COURT
15

16

17

18

19

20

21

22

23

24

25

26

27

28

05cv544-R(WMc)